IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 05-MJ-09-02 (CWH) |
| LANCE REGINALD MANNING,<br>Probationer | Violation of Conditions of Probation<br>N<small>O</small>. 1:00-CR-440 - N.D. G<small>EORGIA</small> |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

**TO:  UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the NORTHERN DISTRICT OF GEORGIA charging **LANCE REGINALD MANNING** with violation of the terms of his sentence of probation entered in the District of South Carolina on June 8, 1999, jurisdiction having been transferred to the NORTHERN DISTRICT OF GEORGIA on June 29, 2000, and said Probationer having been arrested in the Middle District of Georgia,

At an appearance this day before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, said Probationer was advised of allegations pending against him in the NORTHERN DISTRICT OF GEORGIA and of his legal and constitutional rights. He waived in writing legal representation. Proper documentation was presented to the court and provided to the Probationer. The Probationer admitted his identity;  therefore, removal to the district of prosecution is appropriate.

Upon consideration of the issue of release from custody, and noting the request for detention made by the government, the court finds that his release from the custody of the United States Marshal at this time is <u>not</u> appropriate under the circumstances of this case. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the NORTHERN DISTRICT OF GEORGIA upon Mr. Manning's appearance in that district, the Probationer specifically reserving his right to a detention hearing in that district.

Accordingly, YOU ARE HEREBY COMMANDED to **TEMPORARILY DETAIN** the said **LANCE REGINALD MANNING** and to **REMOVE** him forthwith to the NORTHERN DISTRICT OF GEORGIA, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 1st day of SEPTEMBER, 2005.



                                                                                   CLAUDE W. HICKS, JR.
                                                                                   UNITED STATES MAGISTRATE JUDGE

## RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____, 2005, and executed same.

                                                                                   _____
                                                                                   DEPUTY U. S. MARSHAL